1
 Timothy Paul Beagle, Petitioner v. The People of the State of Colorado, Respondent No. 24SC154
Supreme Court of Colorado, En Banc
November 18, 2024
 
           Court
 of Appeals Case No. 22CA594
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          [REFRAMED]
 Whether the sexually violent predator designation, under
 section 18-3-414.5(1)(a), C.R.S. (2024), is a criminal
 punishment under the Eighth Amendment to the United States
 Constitution.
 
 
          Whether
 the sexually violent predator designation is cruel and
 unusual punishment as applied to Petitioner.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.